UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 093076B

In Re:

Daniel M Seddon
Tiffany A. Seddon

**Order Filed on June 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-12342-ABA

Hearing Date: June 11, 2019

Judge: Andrew B. Altenburg Jr.

Chapter 13

Recommended Local Form       ☒ Followed       __ Modified

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: June 25, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Federal National Mortgage Association ("Fannie Mae") |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Seymour Wasserstrum, Esquire |
| Property Involved ("Collateral"): | 202 Joffre Avenue, Middle Township, NJ  08210 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
   - ☒ The Debtor is overdue for three months, from April 1, 2019 to June 1, 2019.
   - ☒ The Debtor is overdue for three payments at $1,095.35 per month.
   - ☒ Less suspense balance of $1,103.52.
   
   Total Arrearages Due $2,182.53.

2. Debtor must cure all post-Petition arrearages as follows:
   - ☒ Beginning on July 1, 2019, regular monthly mortgage payments shall continue to be made in the amount of $1,095.35.
   - ☒ Beginning on July 1, 2019, additional monthly cure payments shall be made in the amount of $363.75 for five months and an additional payment of $363.78 for the sixth month.

3. Payments to the Secured Creditor shall be made to the following address(es):
   - ☒ Regular monthly payments and Monthly cure payments:
   
     Mr. Cooper
     PO Box 619094
     Dallas, TX 75261-9741

4. In the event of Default:
   - ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the

date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:
   ☒ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.
   The fees and costs are payable:
   ☒ through the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:
Daniel M Seddon
Tiffany A Seddon
    Debtors

Case No. 17-12342-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 25, 2019
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2019.
db/jdb       +Daniel M Seddon,    Tiffany A Seddon,    202 Joffre Ave,    Cape May Court House, NJ 08210-2710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2019 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
           Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper mcozzini@sternlav.com
           Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae") c/o Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org
           Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae") dnj@pbslaw.org
           Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org
           Seymour Wasserstrum    on behalf of Joint Debtor Tiffany A Seddon mylawyer7@aol.com, ecf@seymourlaw.net
           Seymour Wasserstrum    on behalf of Debtor Daniel M Seddon mylawyer7@aol.com,    ecf@seymourlaw.net
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                  TOTAL: 9