| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s)<br><br>In Re:<br><br>   Daniel M. Seddon and Tiffany A. Seddon | Order Filed on July 23, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 17-12342<br>Chapter: 13<br>Hearing Date: N/A<br>Judge: ABA |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 23, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Daniel M. Seddon and Tiffany A. Seddon
Case No.: 17-12342/ABA
Caption of Order: Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED that Seymour Wasserstrum, Esquire, the applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $0.00 for a total of $800.00. The allowance shall be payable:**

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

**The debtors' monthly plan payments increase $249.00 for the remaining 31 months commencing on 8/1/2019.**

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel M Seddon  
Tiffany A Seddon  
       Debtors

Case No. 17-12342-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 23, 2019  
                            Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2019.  
db/jdb        +Daniel M Seddon,    Tiffany A Seddon,    202 Joffre Ave,    Cape May Court House, NJ 08210-2710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2019 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper mcozzini@sternlav.com  
       Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae") c/o Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org  
       Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae") dnj@pbslaw.org  
       Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org  
       Seymour Wasserstrum    on behalf of Joint Debtor Tiffany A Seddon mylawyer7@aol.com, ecf@seymourlaw.net  
       Seymour Wasserstrum    on behalf of Debtor Daniel M Seddon mylawyer7@aol.com, ecf@seymourlaw.net  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                               TOTAL: 9