Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−12342−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Daniel M Seddon
202 Joffre Ave
Cape May Court House, NJ 08210

Tiffany A Seddon
202 Joffre Ave
Cape May Court House, NJ 08210

Social Security No.:
xxx−xx−2897

xxx−xx−4354

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 12, 2017.

On 12/19/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date: February 5, 2020
Time: 09:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 23, 2019
JAN: kaj

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 17-12342-ABA
Daniel M Seddon                                                         Chapter 13
Tiffany A Seddon
       Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 3                  Date Rcvd: Dec 23, 2019
                               Form ID: 185                Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db/jdb         +Daniel M Seddon,   Tiffany A Seddon,   202 Joffre Ave,   Cape May Court House, NJ 08210-2710
cr             +Federal National Mortgage Association (Fannie Mae,   c/o Seterus, Inc.,   PO Box 1047,
                 Hartford, CT 06143-1047
cr             +Federal National Mortgage Association (Fannie Mae,   PO Box 619094,   Dallas, TX 75261-9094
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,   Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,   Suite 302,   Roseland, NJ 07068-1640
cr             +Seterus, Inc., as authorized subservicer for Feder,   c/o Seterus, Inc.,   P.O. Box 1047,
                 Hartford, CT 06143-1047
516632352      +AFS,   PO Box 65018,   Baltimore, MD 21264-5018
516632354      +Apex,   2501 Oregon Pike Suite 102,   Lancaster, PA 17601-4890
516891114      +Apex Asset Management, LLC,   Cape Regional Medical Center,   PO Box 5407,
                 Lancaster, PA 17606-5407
516632355      +Barclay Bank Delaware,   PO Box 8803,   Wilmington, DE 19899-8803
516632364      +CMCH Assoc. In Radiology,   3625 Quakerbridge Rd.,   Trenton, NJ 08619-1268
516632356      +Cape Emergency Physicians, PA,   PO Box 1801,   Indianapolis, IN 46206-1801
516897521       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516922490      +KeyBank N.A., as S/B/M to First Niagara Bank, NA,   4910 Tiedeman Road,
                 Brooklyn, OH 44144-2338
516660238      +Medallion Bank,   c/o Systems & Services Technologies, Inc,   as servicer for Medallion Bank,
                 PO Box 9013,   Addison, Texas 75001-9013
518285065      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO BOX 619096,   DALLAS, TX 75261-9096
518285066      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO BOX 619096,   DALLAS, TX 75261,
                 Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO BOX 619096,   DALLAS, TX 75261-9096
516632377      +Npas Inc,   PO Box 99400,   Louisville, KY 40269-0400
516632378       Office Of Attorney General,   25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
516632380      ++SETERUS INC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court:  Seterus,   14523 SW Millikan Way - Suite 200,   Beaverton, OR 97005)
516632381      +SST/Medallion,   4315 Pickett Rd,   Saint Joseph, MO 64503-1600
516632383      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  State Of New Jersey,   P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,   Trenton, NJ 08695-0245)
516632379      +Sage Capital Recovery,   1040 Kings Hwy N,   Cherry Hill, NJ 08034-1908
516632382       State Farm Bank,   P.O. Box 23025,   Columbus, GA 31902-3025
516632385      +TD Bank/Target,   PO Box 673,   Minneapolis, MN 55440-0673
516632386       Virtua,   50 Lake Center 401 Route 73 North Ste401,   Marlton, NJ 08053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 24 2019 00:52:18      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 24 2019 00:52:14      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
516812158       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 00:57:00
                 Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                 Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
516632357      +E-mail/Text: lriley@caperegional.com Dec 24 2019 00:51:22      Cape Regional Medical Center,
                 2 Stone Harbor Blvd,   Cape May Court House, NJ 08210-2138
516632358      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 24 2019 00:55:50      Capital One,
                 PO Box 30281,   Salt Lake, UT 84130-0281
516632359       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 24 2019 00:57:40      Capital One,
                 P.O. Box 30285,   Salt Lake City, UT 84130-0285
516632362      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 24 2019 00:56:04
                 Capital One Auto Finance,   Po Box 259407,   Plano, TX 75025-9407
516643788      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 24 2019 00:56:44
                 Capital One Auto Finance,   c/o Ascension Capital Group,   4515 N. Santa Fe Ave.,   Dept APS,
                 Oklahoma City, OK 73118-7901
516632363      +E-mail/Text: bankruptcy@philapark.org Dec 24 2019 00:53:18      City Of Philadelphia,
                 Po Box 41819,   Parking Violations Branch,   Philadelphia, PA 19101-1819
516632365       E-mail/Text: mrdiscen@discover.com Dec 24 2019 00:51:05      Discover,   P.O. Box 15316,
                 Wilmington, DE 19850-5316
516642611       E-mail/Text: mrdiscen@discover.com Dec 24 2019 00:51:05      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
516632366      +E-mail/Text: fggbanko@fgny.com Dec 24 2019 00:51:08      Forster, Garbus & Garbus,
                 7 Banta Place,   Hackensack, NJ 07601-5604
516632368      +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 00:55:44      HHGregg,   PO Box 965036,
                 Orlando, FL 32896-5036
516632367      +E-mail/Text: Harris@ebn.phinsolutions.com Dec 24 2019 00:53:31      Harris & Harris, Ltd,
                 111 West Jackson Blvd, Suite 400,   Chicago, IL 60604-4135
516632371      +E-mail/Text: cio.bncmail@irs.gov Dec 24 2019 00:51:34      IRS,   1601 Market St,
                 Philadelphia, PA 19103-2301
```

```
District/off: 0312-1           User: admin              Page 2 of 3               Date Rcvd: Dec 23, 2019
                               Form ID: 185             Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516632373        +E-mail/Text: key_bankruptcy_ebnc@keybank.com Dec 24 2019 00:52:27      Key Bank,
                  4910 Tiedeman Road,    Brooklyn, OH 44144-2338
516632374        +E-mail/Text: bncnotices@becket-lee.com Dec 24 2019 00:51:19      Kohls,   PO Box 3115,
                  Milwaukee, WI 53201-3115
516632375        +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 00:56:33      Lowes,   P.O. Box 965005,
                  Orlando, FL 32896-5005
516838500        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 24 2019 00:52:13      MIDLAND FUNDING LLC,
                  PO BOX 2011,    WARREN, MI 48090-2011
517222859        +E-mail/Text: bankruptcysst@alorica.com Dec 24 2019 00:50:56      Medallion Bank,
                  c/o Systems & Services Technologies Inc,   as servicer for Medallion Bank,   4315 Pickett Road,
                  St. Joseph, MO 64503-1600
516812253        +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 00:56:07
                  Memorial Hospital Jacksonville,    Resurgent Capital Services,   PO Box 1927,
                  Greenville, SC 29602-1927
516922096         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2019 01:08:42
                  Portfolio Recovery Associates, LLC,   c/o Barclaycard,   POB 41067,   Norfolk VA 23541
516922090         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2019 01:08:17
                  Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
                  Norfolk VA 23541
516647194        +E-mail/Text: bankruptcy@philapark.org Dec 24 2019 00:53:19      Philadelphia Parking Authority,
                  701 Market Street, Suite 5400,   Philadelphia, PA 19106-2895
516676412         E-mail/Text: bnc-quantum@quantum3group.com Dec 24 2019 00:52:07
                  Quantum3 Group LLC as agent for,   Credit Corp Solutions Inc,   PO Box 788,
                  Kirkland, WA  98083-0788
516849510         E-mail/Text: bnc-quantum@quantum3group.com Dec 24 2019 00:52:08
                  Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
                  Kirkland, WA  98083-0788
516660874         E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Dec 24 2019 00:51:41
                  State Farm Bank, FSB,   Attn: Bankruptcy Dept.,   PO Box 2328,   Bloomington, IL 61702-2328
516632384         E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 00:55:44      Synchrony Bank / Wal-Mart,
                  PO Box 965024,   Orlando, FL 32896-5024
516813009        +E-mail/Text: bncmail@w-legal.com Dec 24 2019 00:52:25      TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516632376         E-mail/Text: ebn@nemours.org Dec 24 2019 00:52:12      Nemours CBO Collections Unit,
                  PO Box 530253,   Atlanta, GA 30384-0253
516872313        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 24 2019 00:57:03      Verizon,
                  by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516632387        +E-mail/Text: bnc-bluestem@quantum3group.com Dec 24 2019 00:53:08      Webbank/Gettington,
                  6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 32

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516632353*       +AFS,   PO Box 65018,   Baltimore, MD 21264-5018
516632360*       +Capital One,   PO Box 30281,   Salt Lake, UT 84130-0281
516632361*        Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
516707481*       +Capital One Auto Finance,,   c/o Ascension Capital Group,   4515 N. Santa Fe Ave.,   Dept APS,
                  Oklahoma City, OK 73118-7901
516632369*        IRS,   PO Box 744,   Springfield, NJ 07081-0744
516632370*        IRS,   PO Box 725,   Special Procedures Function,   Springfield, NJ 7081
516632372*       +Irs,   P.O. Box 7346,   Philadelphia, PA 19101-7346
516725240*       ++SETERUS INC,   PO BOX 619096,   DALLAS TX 75261-9096
                  (address filed with court: Seterus, Inc.,   PO Box 1047,   Hartford, CT  06143)
                                                                                    TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 3 of 3           Date Rcvd: Dec 23, 2019
                              Form ID: 185             Total Noticed: 57
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2019 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Maria   Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           mcozzini@sternlav.com
          Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
           c/o Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
           dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., as authorized subservicer for Federal
           National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
           laws of the United States of America dnj@pbslaw.org
          Seymour   Wasserstrum    on behalf of Debtor Daniel M Seddon mylawyer7@aol.com,   ecf@seymourlaw.net
          Seymour   Wasserstrum    on behalf of Joint Debtor Tiffany A Seddon mylawyer7@aol.com,
           ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```