Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–12342–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Daniel M Seddon
202 Joffre Ave
Cape May Court House, NJ 08210

Tiffany A Seddon
202 Joffre Ave
Cape May Court House, NJ 08210

Social Security No.:
xxx–xx–2897

xxx–xx–4354

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

TO: <u>Daniel M Seddon and Tiffany A Seddon</u>
      Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: March 18, 2022
JAN: def

<u>Jeanne Naughton, Clerk</u>