**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Daniel M Seddon<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2897<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Tiffany A Seddon<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4354<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–12342–ABA | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel M Seddon                                   Tiffany A Seddon

<u>4/8/22</u>                                       **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-12342-ABA |
| Daniel M Seddon | Chapter 13 |
| Tiffany A Seddon | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 08, 2022 | Form ID: 3180W | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel M Seddon, Tiffany A Seddon, 202 Joffre Ave, Cape May Court House, NJ 08210-2710 |
| cr | + | Federal National Mortgage Association (Fannie Mae, c/o Seterus, Inc., PO Box 1047, Hartford, CT 06143-1047 |
| cr | + | Federal National Mortgage Association (Fannie Mae, PO Box 619094, Dallas, TX 75261-9094 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | Seterus, Inc., as authorized subservicer for Feder, c/o Seterus, Inc., P.O. Box 1047, Hartford, CT 06143-1047 |
| 516632352 | + | AFS, PO Box 65018, Baltimore, MD 21264-5018 |
| 516632354 | + | Apex, 2501 Oregon Pike Suite 102, Lancaster, PA 17601-4890 |
| 516891114 | + | Apex Asset Management, LLC, Cape Regional Medical Center, PO Box 5407, Lancaster, PA 17606-5407 |
| 516632364 | + | CMCH Assoc. In Radiology, 3625 Quakerbridge Rd., Trenton, NJ 08619-1268 |
| 516632356 | + | Cape Emergency Physicians, PA, PO Box 1801, Indianapolis, IN 46206-1801 |
| 516922490 | + | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 516632377 | + | Npas Inc, PO Box 99400, Louisville, KY 40269-0400 |
| 516632378 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 516632380 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, 14523 SW Millikan Way - Suite 200, Beaverton, OR 97005 |
| 516632381 | + | SST/Medallion, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 516632379 | #+ | Sage Capital Recovery, 1040 Kings Hwy N, Cherry Hill, NJ 08034-1925 |
| 519102002 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519102003 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St. Greenwood Village, Colorado 80111-4720 |
| 516632383 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 516632386 | | Virtua, 50 Lake Center 401 Route 73 North Ste401, Marlton, NJ 08053 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 08 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 08 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516812158 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 20:39:24 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516632355 | + | EDI: TSYS2 | Apr 09 2022 00:28:00 | Barclay Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 516632357 | + | Email/Text: lriley@caperegional.com | Apr 08 2022 20:35:00 | Cape Regional Medical Center, 2 Stone Harbor Blvd, Cape May Court House, NJ 08210-2138 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 516632358 | + EDI: CAPITALONE.COM | Apr 09 2022 00:28:00 | Capital One, PO Box 30281, Salt Lake, UT 84130-0281 |
| 516632359 | EDI: CAPITALONE.COM | Apr 09 2022 00:28:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 516643788 | + EDI: AISACG.COM | Apr 09 2022 00:28:00 | Capital One Auto Finance, c/o Ascension Capital Group, 4515 N. Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| 516632362 | + EDI: CAPONEAUTO.COM | Apr 09 2022 00:28:00 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 516897521 | Email/PDF: bncnotices@becket-lee.com | Apr 08 2022 20:40:04 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516632363 | + Email/Text: bankruptcy@philapark.org | Apr 08 2022 20:36:00 | City Of Philadelphia, Po Box 41819, Parking Violations Branch, Philadelphia, PA 19101-1819 |
| 516632365 | EDI: DISCOVER.COM | Apr 09 2022 00:28:00 | Discover, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 516642611 | EDI: DISCOVER.COM | Apr 09 2022 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516632366 | + Email/Text: fggbanko@fgny.com | Apr 08 2022 20:35:00 | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 516632368 | + EDI: RMSC.COM | Apr 09 2022 00:28:00 | HHGregg, PO Box 965036, Orlando, FL 32896-5036 |
| 516632367 | + EDI: PHINHARRIS | Apr 09 2022 00:28:00 | Harris & Harris, Ltd, 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 516632371 | + EDI: IRS.COM | Apr 09 2022 00:28:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 516632373 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 08 2022 20:35:00 | Key Bank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 516632374 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 08 2022 20:34:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 516660874 | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Apr 08 2022 20:35:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 516632375 | + EDI: RMSC.COM | Apr 09 2022 00:28:00 | Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 516838500 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2022 20:35:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 517222859 | + Email/Text: bankruptcysst@alorica.com | Apr 08 2022 20:34:00 | Medallion Bank, c/o Systems & Services Technologies Inc, as servicer for Medallion Bank, 4315 Pickett Road, St. Joseph, MO 64503-1600 |
| 516660238 | + Email/Text: SSTBKNotices@nationalbankruptcy.com | Apr 08 2022 20:35:00 | Medallion Bank, c/o Systems & Services Technologies, Inc, as servicer for Medallion Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 516812253 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 20:39:25 | Memorial Hospital Jacksonville, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 518285065 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 08 2022 20:35:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO BOX 619096, DALLAS, TX 75261-9096 |
| 518285066 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 08 2022 20:35:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO BOX 619096, DALLAS, TX 75261, Nationstar Mortgage LLC d/b/a Mr. Cooper, PO BOX 619096, DALLAS, TX 75261-9096 |
| 516922096 | EDI: PRA.COM | Apr 09 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516922090 | EDI: PRA.COM | Apr 09 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: 3180W | Total Noticed: 59 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516647194 | + | Email/Text: bankruptcy@philapark.org | Apr 08 2022 20:36:00 | Philadelphia Parking Authority, 701 Market Street, Suite 5400, Philadelphia, PA 19106-2895 |
| 516849510 | | EDI: Q3G.COM | Apr 09 2022 00:28:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516676412 | | EDI: Q3G.COM | Apr 09 2022 00:28:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 516632382 | | EDI: USBANKARS.COM | Apr 09 2022 00:28:00 | State Farm Bank, P.O. Box 23025, Columbus, GA 31902-3025 |
| 516632384 | | EDI: RMSC.COM | Apr 09 2022 00:28:00 | Synchrony Bank / Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 516813009 | + | Email/Text: bncmail@w-legal.com | Apr 08 2022 20:35:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516632385 | + | EDI: WTRRNBANK.COM | Apr 09 2022 00:28:00 | TD Bank/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 516632376 | | Email/Text: ebn@nemours.org | Apr 08 2022 20:35:00 | Nemours CBO Collections Unit, PO Box 530253, Atlanta, GA 30384-0253 |
| 516872313 | + | EDI: AIS.COM | Apr 09 2022 00:28:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516632387 | + | EDI: BLUESTEM | Apr 09 2022 00:28:00 | Webbank/Gettington, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516632353 | *+ | AFS, PO Box 65018, Baltimore, MD 21264-5018 |
| 516632360 | *+ | Capital One, PO Box 30281, Salt Lake, UT 84130-0281 |
| 516632361 | * | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 516707481 | *+ | Capital One Auto Finance,, c/o Ascension Capital Group, 4515 N. Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| 516632370 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 7081 |
| 516632369 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 516632372 | *+ | Irs, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 516725240 | *P++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Seterus, Inc., PO Box 1047, Hartford, CT 06143 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Medallion Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Maria Cozzini | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mcozzini@sternlav.com |
| Robert P. Saltzman | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") dnj@pbslaw.org |
| Robert P. Saltzman | on behalf of Creditor Seterus  Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org |
| Robert P. Saltzman | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") c/o Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org |
| Seymour Wasserstrum | on behalf of Debtor Daniel M Seddon mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Tiffany A Seddon mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10