Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−12342−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Daniel M Seddon                       Tiffany A Seddon
    202 Joffre Ave                          202 Joffre Ave
    Cape May Court House, NJ 08210       Cape May Court House, NJ 08210

Social Security No.:
    xxx−xx−2897                           xxx−xx−4354

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: May 9, 2022               Andrew B. Altenburg Jr.
                             Judge, United States Bankruptcy Court